**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Case No.  09-cr-00388-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  WILLIE TYRONE ALLEN,

      Defendant.

**ORDER GOVERNING THE CUSTODY OF HEARING EXHIBITS**

**Blackburn, J.**

      To provide for the retention of the exhibits admitted or otherwise used during the hearing on February 20, 2013,

      **IT IS ORDERED** as follows:

      1.  That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at hearing by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

      2.  That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

      Dated at Denver, Colorado, February 27, 2013.

      **BY THE COURT:**

Robert E. Blackburn
United States District Judge